UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TARIFFIAN EL BEY, aka Tyre Wortham, aka Tyree Lamar Wortham,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>STATE OF WASHINGTON,<br><br>　　　　　　Defendant. | NO: 4:22-CV-5035-TOR<br><br>ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

　　BEFORE THE COURT is Plaintiff's Motion to Voluntarily Withdraw Complaint. ECF No. 4. Plaintiff has neither paid the filing fee nor has he been granted *in forma pauperis* status on this case. Because Defendant has neither filed an answer nor moved for summary judgment, Plaintiff has an absolute right to voluntarily dismiss this case. Fed. R. Civ. P. 41(a)(1)(A)(i).

**ACCORDINGLY, IT IS HEREBY ORDERED**:

　　All claims and causes of action in this matter are **DISMISSED** without prejudice and without costs or fees to any party.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

The District Court Executive is directed to enter this Order, furnish copies to Plaintiff, and **CLOSE** the file.

DATED March 21, 2022.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2